IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LEONARD J. BARNETT**　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC #096041**

v.　　　　　　　　CASE NO. 5:15-CV-00250 BSM

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**　　　　　　　　　　　　　　　　　**RESPONDENT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 8] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, petitioner Leonard Barnett's petition for a writ of habeas corpus is denied and the case is dismissed with prejudice. A certificate of appealability will not issue.

IT IS SO ORDERED this 31st day of October 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE